IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN TROUPE,

        Plaintiff,

     v.

SGT BILLY SUNDY, ORLANDO HARPER,
AND JOHN DOE,

        Defendants.

2:24-CV-00530-CCW

## **ORDER**

This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 28, 2025, the Magistrate Judge issued a Report (the "R&R"), ECF No. 56, recommending that the Motion to Dismiss Plaintiff's Amended Complaint by Defendants Billy Sundy, Orlando Harper, and John Doe, ECF. No. 49, be granted.  Service of the R&R was made on the parties, and none of the parties filed objections.

After a review of the pleadings and documents in the case, together with the R&R, it is hereby ORDERED that Defendants' Motion, ECF No. 49, is GRANTED and the R&R, ECF No. 56, is adopted as the Opinion of the District Court.  Accordingly, Plaintiff's Amended Complaint, ECF No. 46, is DISMISSED WITH PREJUDICE and judgment will be entered in Defendants' favor.

DATED this 1st day of December, 2025.

BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge


cc (via ECF email notification):

All Counsel of Record

cc (via United States Mail)

Justin Troupe
KM0567
SCI FRACKVILLE
1111 Altamont Boulevard
Frackville, PA 17931